

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Louis Sheehan,                              * From the 238th District
                                             Court of Midland County,
                                             Trial Court No. CV50042.

Vs. No. 11-14-00275-CV                       * July 2, 2015

Michael Taylor,                              * Per Curiam Memorandum Opinion
                                             (Panel consists of: Wright, C.J.,
                                             Willson, J., and Bailey, J.)

       This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of prosecution. Therefore, in accordance with this court's opinion, the appeal is dismissed.